Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave.
Wichita Falls, Texas 76301
(940) 723-0099
(940) 723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

|  |  |  |
|---|---|---|
| IN RE: | § | CASE NO. 11-70154-HdH-13 |
| Timothy Lee Tappan | § | |
|  | § | |
| DEBTOR | § | |
|  | § | |

NOTICE OF DEBTOR ADDRESS CHANGE

COMES NOW Timothy Lee Tappan, Debtor, and files this Notice of Address Change. Attorney for Debtor hereby notifies that proper address for service on Debtor is:

1011 Sycamore Dr #2
Burkburnett, TX 76354

Dated: August 13, 2014

Respectfully Submitted,

/s/ Monte J. White
Attorney for Debtor